IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | P-19-CR-722 (1) |
| | ) | |
| **FAUSTINO MARTINEZ-LOPEZ** | ) | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND APPOINTING APPELLATE COUNSEL

On the 11th day of June, 2020, the Court considered the Notice of Appeal and the Motion to Withdraw as Defendant's Attorney of Record filed by Attorney Layton Duer, in the above-referenced cause. (Doc. 64). The Court **GRANTS** said Motion.

**THEREFORE**, Attorney Layton Duer is authorized to withdraw from any further representation of the Defendant. The Court appoints **Attorney Seth Kretzer** to represent the Defendant for **appellate purposes** under the Criminal Justice Act in the above-referenced cause.

It is so **ORDERED**.

SIGNED this 11th day of June, 2020.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE